932 A.2d 871

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Brian QUALLS, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 30, 2007.

512

## *ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to the remaining issue. The issue, as stated by petitioner, is:

Whether the mandatory provisions of 42 Pa.C.S.A. [§ ]9712 should apply when the jury, responding to a special interrogatory, finds as a fact that the defendant did not possess a weapon[?]

The Order of the Superior Court is **VACATED,** and the matter is **REMANDED** for re-sentencing. *See Commonwealth v. Dickson,* 591 Pa. 364, 918 A.2d 95 (2007) (holding that the mandatory minimum sentence enhancement of § 9712 does not apply to an unarmed accomplice).